VORYS SATER SEYMOUR AND PEASE LLP
Adam C. Sherman (SBN 224979)
  acsherman@vorys.com
Emily A. Papania (SBN 325027)
  eapapania@vorys.com
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Telephone: (949) 526-7900
Facsimile: (513) 852-8468

Attorneys for Plaintiffs HERBALIFE INTERNATIONAL OF AMERICA, INC. and HERBALIFE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation, and HERBALIFE INTERNATIONAL, INC. a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GOLIATH INNOVATIONS, LLC, a Wyoming limited liability company, and CHASE HOSEA, a natural person,<br><br>Defendants. | Case No: 2:21-cv-03445<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE - 1

In response to the Order to Show Cause issued by this Court on July 31, 2021, Plaintiffs Herbalife International of America, Inc. and Herbalife International, Inc. ("Herbalife", or "Plaintiffs") state and request as follows:

1.  Plaintiffs filed their complaint in this action on April 22, 2021 (Dkt No. 1). Shortly thereafter, Plaintiffs requested and received a waiver of service from Defendants Chase Hosea and Goliath Innovations, LLC. Plaintiffs filed the fully executed waivers of service from each Defendant on May 3, 2021 (Dkt Nos. 11 and 12). Based on the waivers, Defendants had until June 23, 2021 to respond to the Complaint.

2.  On June 22, 2021, Defendant Hosea filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), thereby initiating Case No. 21-30483 currently pending with the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Proceeding"). Plaintiffs received notice of the Bankruptcy Proceeding (the "Notice") on or about June 28, 2021.

3.  Due to the Bankruptcy Code's automatic stay provision as described in Bankruptcy Code Section 362 and as applied to Defendant Hosea, Plaintiffs refrained from taking further steps in this action, other than to file its Suggestion of Stay on August 6, 2021 (Dkt No. 14).

4.  Since receiving the Notice, Plaintiffs have reached out to Defendant Hosea's bankruptcy counsel and are in discussions to resolve the claims in this litigation. Based on these initial conversations, Plaintiffs are hopeful that this litigation can be quickly resolved. If successful, the parties intend to seek relief from the automatic stay in the Bankruptcy Proceeding to the extent necessary and submit a proposed stipulated judgment to conclude this matter.

WHEREFORE, Plaintiffs respectfully request that, for good cause shown, the Court discharge the Order to Show Cause and set a date 90 days out for Plaintiffs to

submit a proposed stipulated judgment or file a status report regarding Plaintiffs' discussions with Defendant Hosea's bankruptcy counsel.

Dated:  August 6, 2021    Respectfully submitted,

*/s/ Adam C. Sherman*
Adam C. Sherman
VORYS SATER SEYMOUR AND PEASE LLP
Adam C. Sherman (SBN 224979)
  acsherman@vorys.com
4675 MacArthur Court
Suite 700
Newport Beach, California 92660
Telephone:  (949) 526-7900
Facsimile:  (513) 852-8468

Attorneys for Plaintiffs HERBALIFE INTERNATIONAL OF AMERICA, INC. and HERBALIFE INTERNATIONAL, INC.