**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03445-MCS-PLA | Date | August 6, 2021 |
| Title | *Herbalife International of America, Inc. et al v. Goliath Innovations, LLC et al* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO NOTICE OF CHAPTER 7 BANKRUPTCY

The Court having been notified that Defendant Chase Hosea has filed for Chapter 7 Bankruptcy;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff shall file a proper stipulation for dismissal or a status report within **30 days** and semi-annually thereafter until a stipulation for dismissal or an application to reopen the case is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

**IT IS SO ORDERED.**